# Memorandum

CR 05-1046

FILED
2005 OCT 26 PM 4:10
CLERK U.S. DIST. COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
10/26/05

Subject
RE: U.S. v. Anthony Pellicano et al.

To
Sherri R. Carter
District Court Executive
Clerk of Court,
United States District Court
Central District of California

From
Daniel A. Saunders
Assistant U.S. Attorney
Criminal Division

The matter relating to the referenced criminal action. United States v. Anthony Pellicano et al., being filed on 10/26/05

-- was [ ] was not [✓] pending in the United States Attorney's Office before December 22, 1998, the date on which United States District Judge **Nora M. Manella** began receiving criminal matters;

Daniel A. Saunders
Assistant United States Attorney
Criminal Division



ENTER ON ICMS

OCT 28 2005

4