# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:05CR1046(A)  Recorder: CS 2/6/06  Date: 02/06/2006

Present: The Honorable Stephen J. Hillman, U.S. Magistrate Judge

Court Clerk: Maria Cortez

Assistant U.S. Attorney: Daniel Saunders & Kevin Lally

| United States of America v. | Attorney Present for Defendant (s) | Language | Interpreter |
|---|---|---|---|
| 1. ANTHONY PELLICANO<br>Writ-Custody - Present | Steven F. Gruel<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Second Superseding Indictment, acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts of the Second Superseding Indictment.

Court orders this case assigned to the calendar of U.S. District Judge S. James Otero for/and further orders jury trial set for April 4, 2006 at 9:00 am. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Other: COMPLEX CASE. Court grants counsel request to unseal the entire case. It is so ordered. The discovery order will be issued by Judge Otero. Counsel are advised to also review the discovery order on the court's website for updates and modifications.

0 : 4
Initials of  mc
Deputy Clerk:

ENTER ON ICMS
FEB - 8 2006

cc: PSA, Statistics Clerk, USM LA