FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

| UNITED STATES OF AMERICA, | 2006 FEB 15 PM 12:02 Case No. CR 05-1046(C)-RMT |
|---|---|
| Plaintiff, | CLERK US DISTRICT COURT |
| v. | CENTRAL DIST OF CALIF. NOTICE TO COURT |
| | LOS ANGELES OF |
| ANTHONY PELLICANO et al., | RELATED CRIMINAL CASE |
| | BY _____ |
| Defendant(s). | (PURSUANT TO GENERAL ORDER 224) |

SCANNED

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Daniel Nicherie</u>, CR <u>04-354-DSF</u>.

<u>  X  </u>   was previously assigned to the Honorable <u>Dale S. Fischer</u>.

_____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

<u>  X  </u>   the cases arise out of the same common scheme, transaction, series of transactions or events; <u>See attached.</u>

<u>  X  </u>   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial, or sentencing proceedings if heard by different judges. <u>See attached.</u>

DATED: <u>February 15, 2006</u>

DANIEL A. SAUNDERS
Assistant United States Attorney

ENTER ON ICMS
FEB 28 2006

(Notice.Frm - 6/98)

1    The initial, first superseding, and second superseding indictments in this case (No. CR 05-1046-RMT) were unsealed on
2    February 6, 2006. The government filed, with the second superseding indictment, a Notice of Related Criminal Case
3    identifying possible relationships between this case and three previously filed cases, each of which involves events or
4    transactions that form the basis for one or more charges in the second superseding indictment.[1]
5
     At post-indictment arraignment on February 6, 2006, this
6    case was assigned to the Honorable S. James Otero. On February 8, 2006, this case was transferred to the Honorable Robert M.
7    Takasugi pursuant to the Notice of Related Criminal Case. No other proceedings have been held to date before either Judge
8    Otero or Judge Takasugi.

9    On February 14, 2006, at the post-indictment arraignment of defendant Daniel Nicherie, counsel for Daniel Nicherie in a
10   pending case before the Honorable Dale S. Fischer (No. CR 04-354-DSF) informed the government that he believes the two cases
11   against his client are related. Specifically, in this case, Daniel Nicherie and four other defendants are charged in count 97
12   of the third superseding indictment (returned on February 15, 2006) with the wiretapping of Ami Shafrir. The alleged
13   wiretapping of Ami Shafrir is also charged as an overt act in furtherance of the wiretapping conspiracy in count 95 of the
14   third superseding indictment. In No. CR 04-354-DSF, Ami Shafrir and his wife, Sarit, are the victims of defendant Daniel
15   Nicherie's alleged fraud in the pending 42-count indictment. Counsel for defendant Daniel Nicherie stated to the government
16   his belief that the charges against Daniel Nicherie in both cases arise out of a common scheme and series of transactions or
17   events.

18   Prior to this conversation with defense counsel, the government had not focused on the relationship between the two
19   Daniel Nicherie cases, which are being prosecuted by different sections of the United States Attorney's Office. Upon
20   consideration of defense counsel's position, however, the claim of relationship appears to have merit. The government believes
21   the evidence will establish that defendant Daniel Nicherie engaged in the wiretapping of Ami Shafrir (as charged in No. CR
22   05-1046(C)-RMT) in furtherance of his scheme to defraud Ami and Sarit Shafrir (as charged in No. CR 04-354-DSF). Accordingly,
23   concurrently with today's filing of the third superseding indictment in No. CR 05-1046(C)-RMT (which adds one defendant and
24   two counts to the previously filed charges), the government notifies the court of this relationship pursuant to General Order
25   224 so that the court may take any action it deems appropriate.

26

27   [1]   The three cases identified in the government's previously filed Notice of Related Criminal Case are:
28   United States v. Sandra Will Carradine, CR 05-1030-RMT; United States v. Teresa Wright, CR 02-1245-PA; and United States v. Craig Stevens, CR 06-06-RGK.