# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

ORIGINAL

SEND

| Case No. | CR 05-1046(C)-DSF | Date | March 20, 2006 |
|---|---|---|---|

Present: The Honorable **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

Interpreter   N/A

| PAUL PIERSON | JENNIFER LEWIS | DANIEL SAUNDERS / KEVIN LALLY |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) ANTHONY PELLICANO | X | X | | 1) STEVEN F. GRUEL | X | | X |
| 2) MARK ARNESON | X | | X | 2) STEPHEN MILLER and CHAD HUMMEL | X | | X |
| 3) RAYMOND EARL TURNER | X | | Wvr | 3) MONA SOO HOO | X | | X |
| 4) KEVIN KACHIKIAN | X | | Wvr | 4) PAUL POTTER | X | X | |
| 5) ROBERT PFEIFER | X | X | | 5) LEONARD SHARENOW | X | | X |
| 6) ABNER NICHERIE | X | | X | 6) LAWRENCE SEMENZA | X | | X |
| 7) DANIEL NICHERIE | X | X | | 7) in *pro per* | | | |
| 8) TERRY CHRISTENSEN | X | | X | 8) TERREE BOWERS | X | | X |

**Proceedings:**   STATUS CONFERENCE

The case is called and counsel state their appearances. The Court inquires of counsel regarding discovery issues, orders counsel to follow Local Rule 79-5 when filing under seal pleadings and directs counsel to revise the proposed protective order to include the various issues addressed today. Defendant Pellicano withdraws his oral motion to proceed pro se. The Court directs government counsel to devise a more efficient form of service to defendant Daniel Nicherie and provide him discovery through the MDC legal center. The Court declines to modify the allotment of telephone time for defendants in custody. The Court addresses the Motion to Intervene filed by counsel, Alonzo Wickers IV, on behalf of the Los Angeles Times and the New York Times.

cc:   U.S. MARSHAL
U.S. PROBATION OFFICE - E. Lozano
U.S. PRETRIAL SERVICES

Time: :45

Initials of Deputy Clerk

CR-11 (09/98)   CRIMINAL MINUTES - GENERAL   Page 1 of 1