UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CASE SUMMARY

Case Number <u>CR 05-1046(E)-DSF</u>     Defendant Number <u>1</u>
U.S.A. v. <u>Anthony Pellicano et al.</u>     Year of Birth <u>1944</u>
☑ Indictment   ☐ Information
Investigative agency (FBI, DEA, etc.) <u>FBI</u>

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

FILED 2007 DEC -6

### OFFENSE/VENUE
a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
b. Date of offense <u>various</u>
c. County in which first offense occurred
   <u>Los Angeles</u>
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles      ☐ Ventura
   ☐ Orange          ☐ Santa Barbara
   ☐ Riverside       ☐ San Luis Obispo
   ☐ San Bernardino  ☐ Other _____
Citation of offense <u>various</u>

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE <u>previously filed - no new related cases</u>

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: <u>N/A</u>
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information
This is the <u>5th</u> superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
<u>February 14, 2006</u>
Case Number <u>CR 05-1046(D)-DSF</u>

The superseded case:
☑ is still pending before Judge/Magistrate Judge Fischer
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☑ Yes      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien
Alias Name(s) _____

This defendant is charged in: ☐ All counts
☑ Only counts: 1-107, 111

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud ☑ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☑ mail/wire fraud
☐ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☐ Other: RICO, wiretapping

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive ☐ Yes ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☐ Yes ☐ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☑ Federal
b. Name of Institution: MDC-LA
c. If Federal: U.S. Marshal's Registration Number: 21568-112
d. ☑ Solely on this charge. Date and time of arrest: 2/3/06
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 400

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: N/A

Date December 6, 2007

_____
Signature of Assistant U.S. Attorney

Daniel A. Saunders
Print Name