STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442

MICHAEL H. ARTAN (CSBN 97393)
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone Number (213) 688-0370
Fax Number (213) 627-9201

*Counsel for Defendant Anthony Pellicano*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-01046-DSF |
| Plaintiff, | **[ORDER GRANTING DEFENDANT ANTHONY PELLICANO'S APPLICATION TO HAVE COUNSEL REINSTATED TO ECF NOTIFICATION SYSTEM** |
| vs. | |
| ANTHONY PELLICANO, et al., | |
| Defendants. | Honorable Dale S. Fischer<br>United States District Judge |
| _____/ | |

The Court having orally agreed to the relief sought, and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that counsel, Steven F. Gruel (attystevengruel@sbcglobal.net), and Michael Artan (michaelartan@yahoo.com), be reinstated to the ECF notification system for purposes of the case at hand.

Dated: 12/9/08

_____
DALE S. FISCHER
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT ANTHONY PELLICANO'S APPLICATION TO HAVE COUNSEL REINSTATED TO ECF NOTIFICATION SYSTEM