STEVEN F. GRUEL (CSBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622

attystevengruel@sbcglobal.net

*Counsel for Defendant Anthony Pellicano*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>ANTHONY PELLICANO, et al.<br><br>           Defendants.<br>_____/ | No. CR-05-01046-DSF<br><br>SUPPLEMENTAL DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF MOTIONS FOR RENEWED <u>FRANKS</u> HEARING; TO DISMISS FIFTH SUPERSEDING INDICTMENT; and FOR NEW TRIAL; NOTICE TO SUPPLEMENT DISTRICT COURT RECORD -- ALL PREDICATED ON THE GOVERNMENT'S FAILURE TO DISCLOSE *BRADY* MATERIAL<br><br>Honorable Dale S. Fischer<br><br>Date: To Be Set |

   I, STEVEN F. GRUEL, declare as follows:

   1.  I am an attorney admitted to practice law in the States of California and Wisconsin.  I represent Anthony Pellicano in the above federal criminal matter.  This declaration is based upon personal, first-hand knowledge of the matters stated herein and, if called to do so, I could and would competently testify thereto.

   2.  On June 18, 2010, I filed a Notice of Motion and Motion for New Trial, Renewed Motion for a <u>Franks</u> Hearing, Motion To Dismiss Fifth Superseding

Indictment, Notice to Supplement the Record, and a Supporting Declaration with Exhibits [Docket Numbers 2429-2431].

3.  As stated in my June 18, 2010 Declaration, I intended to manually file true, correct and complete copies of the government's main CW's 2003 grand jury testimony as well as Stanley Ornellas' August 4, 2009 testimony at the state preliminary hearing. [*see* Docket Numbers 2430].  Those complete transcripts are attached hereto and filed herewith as Exhibits 1 [CW's 2003 grand jury testimony – February 27 and March 13, 2003] and Exhibit 2 [Stanley Ornellas' August 4, 2009 testimony at the state preliminary hearing].  I've redacted the CW's name from the grand jury transcripts.

4.  I attempted to electronically file these two exhibits, but was unsuccessful because the documents were too voluminous and there was some problem(s) associated with my electronic filing because of or involving computer "cookies." Even with the assistance of the e-filing HelpDesk, I was unable to electronically file these transcripts.

5. I next attempted to manually file my supplemental declaration and the two exhibits. However, notwithstanding the electronic filing difficulties described above in paragraph 4, the SUPPLEMENTAL DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF MOTIONS FOR RENEWED FRANKS HEARING; TO DISMISS FIFTH SUPERSEDING INDICTMENT; and FOR NEW TRIAL; NOTICE TO SUPPLEMENT DISTRICT COURT RECORD -- ALL PREDICATED ON THE GOVERNMENT'S FAILURE TO DISCLOSE *BRADY* MATERIAL  along with its two exhibits were NOT filed by the Clerk.  In fact, on

July 12, 2010 a Notice of Document Discrepancies was instead filed by the Clerk. Also, on July 12, 2010, the Honorable Dale S. Fischer ordered that the document which I attempted to manually file be rejected. The Court further ordered that I notify in writing all parties that the SUPPLEMENTAL DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF MOTIONS FOR RENEWED FRANKS HEARING; TO DISMISS FIFTH SUPERSEDING INDICTMENT; and FOR NEW TRIAL; NOTICE TO SUPPLEMENT DISTRICT COURT RECORD -- ALL PREDICATED ON THE GOVERNMENT'S FAILURE TO DISCLOSE *BRADY* MATERIAL along with its two exhibits were **not filed** with the Court. I hereby do so.

  6. Therefore, after several discussions with Ms. Denise Johnson of the Clerk's office and pursuant to the Court's July 12, 2010 Order rejecting the manual filing of the SUPPLEMENTAL DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF MOTIONS FOR RENEWED FRANKS HEARING; TO DISMISS FIFTH SUPERSEDING INDICTMENT; and FOR NEW TRIAL; NOTICE TO SUPPLEMENT DISTRICT COURT RECORD -- ALL PREDICATED ON THE GOVERNMENT'S FAILURE TO DISCLOSE *BRADY* MATERIAL along with its two exhibits, now filed herewith is my supplemental declaration along with the two transcripts of the CW's grand jury testimony in 2003 (Exhibit 1) and the August 4, 2009 testimony of Stanley Ornellas at the preliminary hearing in the Los

3
SUPPLEMENTAL DECLARATION OF STEVEN F. GRUEL

Angeles Superior Court (Exhibit 2).  All are filed in support of Mr. Pellicano's motions described above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 13th day of July 2010, at San Francisco, California.

      /s/ *STEVEN F. GRUEL*
STEVEN F. GRUEL, Esquire
Attorney for Anthony Pellicano