*Lodged proposed order*

EAGAN AVENATTI, LLP
JASON M. FRANK, Bar No. 190957
jfrank@eaganavenatti.com
AHMED IBRAHIM, Bar No. 238739
aibrahim@eaganavenatti.com
450 Newport Center Drive
Second Floor
Newport Beach, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050

AT&T SERVICES, INC. LEGAL DEPARTMENT
GLEAM O. DAVIS, Bar No. 123047
gd2521@att.com
1150 S. Olive Street, Suite 2850
Los Angeles, CA 90015
Tel: (213) 743-6710
Fax: (213) 748-1230

Attorneys for Non-Party PACIFIC BELL TELEPHONE
COMPANY (d/b/a AT&T California)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY PELLICANO, et al.,<br><br>Defendants. | Case No. CR 05-01046(c)-DSF<br><br>ASSIGNED FOR ALL PURPOSES TO: Honorable Dale S. Fischer<br><br>**PACIFIC BELL TELEPHONE COMPANY'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 3, 5, 6, 7 AND 9 TO THE DECLARATION OF JASON M. FRANK IN SUPPORT OF PACIFIC BELL'S MOTION FOR ORDER RELEASING GRAND JURY TESTIMONY OF ERIN FINN; DECLARATION OF JASON M. FRANK**<br><br>[*Motion, Declaration of Jason M. Frank, Table of Contents, Notice of Manual Filing and [Proposed] Order, filed concurrently herewith*]<br><br>Date: August 20, 2012<br>Time: 8:30 a.m.<br>Place: 840 |

---

**PACIFIC BELL'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 3, 5, 6, 7 AND 9 TO THE DECLARATION OF JASON M. FRANK IN SUPPORT OF PACIFIC BELL'S MOTION FOR ORDER RELEASING GRAND JURY TESTIMONY OF ERIN FINN**

## MEMORANDUM OF POINTS AND AUTHORITIES

Non-party Pacific Bell Telephone Company ("Pacific Bell"), pursuant to Local Rule 79-5.1 and the Stipulation Re Protective Order and Order Thereon entered by the Court in this action on April 3, 2006 (Docket No. 202), hereby submits this application to file under seal Exhibits 1, 3, 5, 6, 7, and 9 to the Declaration of Jason M. Frank in Support of Pacific Bell's Motion for Order Releasing Grand Jury Testimony of Erin Finn, filed concurrently herewith.

Exhibits 1 and 3 are the relevant excerpts from the deposition of Erin Finn taken in the In Re Pellicano civil matter entitled Kasper v. Pacific Bell Telephone Company, Los Angeles Superior Court Case Number BC358270 (the "Kasper action.")

Exhibits 5, 6 and 7 are the FBI FD-302s of Erin Finn related to the FBI's criminal investigation of Anthony Pellicano. An FBI FD-302 is a form used by FBI agents, as part of official duties, to transcribe the contents of the interviews they conduct.

Exhibit 9 is the relevant excerpts from the deposition of Erin Finn taken in the civil action filed by Erin Finn against Pacific Bell entitled Finn v. Pacific Bell Telephone Company, Los Angeles Superior Court Case Number BC358271 ("Finn Civil Action.")

Good cause and/or compelling reasons exist for sealing Exhibits 1, 3, 5, 6, 7 and 9 to the Declaration of Jason M. Frank in Support of Motion for Order Releasing Grand Jury Testimony of Erin Finn for at least the following reasons:

(a) Exhibits 1, 3 and 9 are to be treated as "confidential" pursuant to the Joint Stipulation and Order Re: Handling of Confidential Material entered in the In re Pellicano civil matters on June 5, 2009. A true and correct copy of the June 5, 2009 Joint Stipulation and Order Re: Handling of Confidential Material is attached as Exhibit 16 to the Declaration of Jason M. Frank in Support of Motion for Order Releasing Grand Jury Testimony of Erin Finn;

(b) Exhibits 5, 6 and 7 are to be treated as "confidential" pursuant to the Stipulation re Protective Order and Order Thereon entered in this matter on April 3, 2006 (Document No. 202);

(c) The United States Attorneys' Office has not authorized Pacific Bell to publicly release Exhibits 5, 6, and 7 [See Declaration of Jason M. Frank (attached hereto) at ¶¶ 5-7]; and

(d) The United States Attorneys' Office has taken the position that FBI FD-302s are protected material that can only be obtained if the requirements of 28 C.F.R. § 16.21 et seq. (the "Touhy Regulations") are met. [Declaration of Jason M. Frank at ¶¶ 5-7.]

This application is made following Pacific Bell's compliance with section 6 of the Court's Standing Order in civil cases. [See Declaration of Jason M. Frank (below) at ¶¶ 7-9, Exs. A-B.]

Accordingly, Pacific Bell respectfully requests that the Court order Exhibits 1, 3, 5, 6, 7 and 9 to the Declaration of Jason M. Frank in Support of Pacific Bell's Motion for Order Releasing Grand Jury Testimony of Erin Finn to be filed under seal.

Dated: July 20, 2012

EAGAN AVENATTI, LLP

By: /s/ Jason M. Frank
JASON M. FRANK
Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY
(d/b/a AT&T California)

# DECLARATION OF JASON M. FRANK

I, JASON M. FRANK, declare:

1. I am a partner in the law firm of Eagan Avenatti LLP, counsel of record for Non-party Pacific Bell Telephone Company ("Pacific Bell"). I have personal knowledge of the matters stated herein and if called to testify to such matters would and could do so. I submit this declaration in support of Pacific Bell Telephone Company's Application to File Under Seal Exhibits 1, 3, 5, 6, 7 and 9 to the Declaration of Jason M. Frank In Support of Pacific Bell's Motion for Order Releasing Grand Jury Testimony of Erin Finn.

2. On March 18, 2011 and March 19, 2011, I took the deposition of Erin Finn in the In Re Pellicano civil matter entitled Kasper v. Pacific Bell Telephone Company, Los Angeles Superior Court Case Number BC358270. The deposition transcripts were marked "Highly Confidential – Attorney's Eyes Only" pursuant to the Joint Stipulation and Order Re: Handling of Confidential Material entered in the In re Pellicano civil matters on June 5, 2009, attached as Exhibit 16 to the Declaration of Jason M. Frank in Support of Motion for Order Releasing Grand Jury Testimony of Erin Finn (the "State Court Protective Order.")

3. On April 19, 2012, Erin Finn's deposition was taken in the civil action filed by Erin Finn against Pacific Bell entitled Finn v. Pacific Bell Telephone Company, Los Angeles Superior Court Case Number BC358271. The deposition transcript was marked "Highly Confidential – Attorney's Eyes Only" pursuant to the State Court Protective Order.

4. The parties in the In re Pellicano cases jointly submitted a subpoena to the United States for, among other things, FBI 302s in the possession of the government related to the investigation of Anthony Pellicano. An "FBI 302" refers to the form FBI

FD-302 used by FBI agents, as part of official duties, to transcribe the contents of the interviews they conduct. Among the FBI 302s requested were any 302s of Erin Finn. The requests were made pursuant to the *Touhy* regulations, 28 C.F.R. § 16.21.

5. On October 1, 2010, I received a letter from Assistant United States Attorneys Daniel A. Saunders and Kevin M. Lally. A true and correct copy of that letter is attached to the Declaration of Jason M. Frank in Support of Pacific Bell's Motion for Order Releasing Grand Jury Testimony of Erin Finn as Exhibit 4. Among the enclosures to the letter from Messrs. Saunders and Lally was the FBI 302s of the February 5, 2003, March 26, 2003 and April 24, 2003 Interviews with Erin Finn.

6. Good cause exists for sealing Exhibits 1, 3, 5, 6, 7 and 9 to the Declaration of Jason M. Frank in Support of Pacific Bell's Motion for Order Releasing Grand Jury Testimony of Erin Finn for at least the following reasons:

 (a) Exhibits 1, 3 and 9 are to be treated as "confidential" pursuant to the State Court Protective Order;

 (b) Exhibits 5, 6 and 7 are to be treated as "confidential" pursuant to the Stipulation re Protective Order and Order Thereon entered in this matter on April 3, 2006 (Document No. 202);

 (c) The United States Attorneys' Office has not authorized Pacific Bell to publicly release Exhibits 5, 6, and 7; and

 (d) The United States Attorneys' Office has taken the position that FBI FD-302s are protected material that can only be obtained if the requirements of the Touhy Regulations are met.

7. Pacific Bell has complied with section 6 of the Court's Standing Order in civil cases related to "Filings Under Seal." On July 16, 2012, my associate, Ahmed Ibrahim, sent an e-mail to Mr. Kevin Lally at the U.S. Attorneys' Office to notify him of Pacific Bell's intent to file the above referenced exhibits under seal and inquiring whether he objected to the filing of these documents. Mr. Lally responded "You may

1. file them, but you are required to do so as attachments to an under seal declaration." Attached as Exhibit A is a true and correct copy of the e-mail exchange.

8. Mr. Ibrahim sent a similar e-mail to counsel for Ms. Finn. Having received no response, Mr. Ibrahim sent a follow up e-mail on July 20, 2012, which counsel for Ms. Finn responded to and indicated that they objected to the filing of the documents. Attached as Exhibit B is a true and correct copy of the e-mail exchange.

9. Although the Standing Order appears to put the onus on the designating parties to file an application to file under seal, out of an abundance of caution to avoid controversy over making documents designated by others as confidential public, Pacific Bell files the present application.

I declare, under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. Executed on July 20, 2012.

                                 *s/Jason M. Frank*
                                 Jason M. Frank

- 5 -
PACIFIC BELL'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 3, 5, 6, 7 AND 9 TO THE DECLARATION OF JASON M. FRANK IN SUPPORT OF PACIFIC BELL'S MOTION FOR ORDER RELEASING GRAND JURY TESTIMONY OF ERIN FINN

| | |
|---|---|
| **From:** | Lally, Kevin (USACAC) <Kevin.Lally@usdoj.gov> |
| **Sent:** | Monday, July 16, 2012 6:04 PM |
| **To:** | Ahmed Ibrahim |
| **Subject:** | RE: Pellicano Civil Trials - Motions for Grand Jury Testimony: Notice of Intent to File Documents Designated Confidential |

You may file them, but you are required to do so as attachments to an under seal declaration.

---

**From:** Ahmed Ibrahim [mailto:aibrahim@eaganavenatti.com]
**Sent:** Monday, July 16, 2012 4:57 PM
**To:** Lally, Kevin (USACAC)
**Cc:** Jason M. Frank; Mariam Bicknell; Maritza Nowowiejski
**Subject:** Pellicano Civil Trials - Motions for Grand Jury Testimony: Notice of Intent to File Documents Designated Confidential

Dear Mr. Lally,

On Monday, July 23, Pacific Bell will be filing motions for the release of the grand jury testimony of Erin Finn and Vincent "Bo" Zenga before Judge Fischer. Please take notice pursuant to section 6 of Judge Fischer's Standing Order (Civil), Pacific Bell plans to file the following documents which you have designated confidential:

1. FBI 302 Notes of interview of Erin Finn, dated February 6, 2003.
2. FBI 302 Notes of interview of Erin Finn, dated March 26, 2003.
3. FBI 302 Notes of interview of Erin Finn, dated April 29, 2003.
4. FBI 302 Notes of Interview of Bo Zenga dated March 4, 2003.

As required by Judge Fischer's Standing Order, please notify us whether you object to the filing of these documents. If so, you have two court days to file an application to file these documents under seal.

Regards,

Ahmed Ibrahim, Esq.
EAGAN AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
(949) 706-7000
(949) 706-7050 (Fax)
aibrahim@eaganavenatti.com

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

EXHIBIT A-1

| | |
|---|---|
| **From:** | Nausheen Kazalbasch <nkazalbasch@jjllplaw.com> |
| **Sent:** | Friday, July 20, 2012 12:21 PM |
| **To:** | Ahmed Ibrahim |
| **Cc:** | Douglas Johnson; Jason M. Frank; Mariam Bicknell; Maritza Nowowiejski; Neville Johnson |
| **Subject:** | Re: Finn adv. Pacific Bell: Notice of Intent to File Documents Designated Confidential |

Ahmed:

Going forward, please put me on all e-mails regarding this case.

we will object to the public filing of these documents as they were clearly designated confidential. Without having seen the protective order as I am in court, I don't know that the onus is on us to make the motion or if we can stipulate to the filing under seal (along with an application per the cal rules of court).

I will be back in the office in hour and will read the protective order and get back to you.

Sent from my iPhone

On Jul 20, 2012, at 11:25 AM, "Ahmed Ibrahim" <aibrahim@eaganavenatti.com> wrote:

> Mr. Johnson,
>
> I did not receive a response to the e-mail below. Do you plan to file an application to file these documents under seal? Thanks.
>
> Ahmed
>
> ---
> **From:** Ahmed Ibrahim
> **Sent:** Monday, July 16, 2012 4:55 PM
> **To:** djohnson@jjllplaw.com
> **Cc:** Jason M. Frank; Mariam Bicknell; Maritza Nowowiejski
> **Subject:** Finn adv. Pacific Bell: Notice of Intent to File Documents Designated Confidential
>
> Dear Mr. Johnson,

1

EXHIBIT B-2

On Monday, July 23, Pacific Bell will be filing a motion for the release of Ms. Finn's grand jury testimony in U.S. District Court before Judge Fischer. Please take notice pursuant to section 6 of Judge Fischer's Standing Order, Pacific Bell plans to file the following documents which you have designated confidential:

1. FBI 302 Notes of interview of Erin Finn, dated February 6, 2003.

2. FBI 302 Notes of interview of Erin Finn, dated March 26, 2003.

3. FBI 302 Notes of interview of Erin Finn, dated April 29, 2003.

4. March 18, 2011 deposition transcript of Erin Finn, pages 33-52, 65-84, 93-96, 121-128, 153-164, 169-172, and 197-219

5. March 19, 2011 deposition transcript of Erin Finn, pages 229-270, and 275-278.

6. April 19, 2012 deposition transcript of Erin Finn, pages 18-21, 118-121, 122-125, and 138-145.

As required by Judge Fischer's Standing Order, please notify us whether you object to the filing of these documents. If so, you have two court days to file an application to file these documents under seal.

Regards,

Ahmed Ibrahim, Esq.

EAGAN AVENATTI, LLP

450 Newport Center Drive, Second Floor

Newport Beach, CA 92660

(949) 706-7000

(949) 706-7050 (Fax)

aibrahim@eaganavenatti.com

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message

and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.